1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  CHRISTIAN RANGEL,                          1:12-CV-00418 AWI BAM HC

10          Petitioner,                       ORDER DISMISSING PETITIONER'S
                                              MOTION FOR APPLICATION OF
11      v.                                    EQUITABLE TOLLING
                                              [Doc. #1]
12  JAMES A. YATES, Warden,
                                              ORDER DIRECTING PETITIONER TO FILE
13          Respondent.                       PETITION
    _____/
14                                            ORDER DIRECTING CLERK OF COURT
                                              TO SEND PETITIONER BLANK FORMS
15                                            FOR FILING HABEAS PETITION

16

17          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18  pursuant to 28 U.S.C. § 2254.

19          On March 16, 2012, Petitioner sent to the Court a motion and request for application of

20  equitable tolling.  Upon receipt, the Clerk of Court opened a new habeas action based on the motion.

    To this date, however, a petition has not been filed.
21
            Petitioner asks that the Court grant his request for equitable tolling in order that the issue of
22
    timeliness be determined prior to the filing of his federal petition.  For numerous reasons, this is not
23
    the proper procedure for filing a habeas petition.  See generally, Rules Governing Section 2254
24
    Cases.  A motion does not commence a habeas case.  A habeas case is initiated by a petition.
25
    Therefore, the Court will dismiss the motion and direct Petitioner to file a complete federal petition.
26
    Following review of the petition, the issue of timeliness will be addressed, and Petitioner may
27
    present his reasons for equitable tolling at that time.  Petitioner is advised that failure to file a
28

1   petition within the allotted time will result in a recommendation that the action be dismissed.

2                                              **ORDER**

3          Accordingly, IT IS HEREBY ORDERED:

4          1) Petitioner's motion for application of equitable tolling is DISMISSED;

5          2) Petitioner is GRANTED thirty (30) days from the date of service of this order in which to

6   file a petition for writ of habeas corpus; and

7          3) The Clerk of Court is DIRECTED to mail Petitioner blank forms for filing a habeas

8   petition.

9          IT IS SO ORDERED.

10   **Dated:** __April 16, 2012__          _____ **/s/ Barbara A. McAuliffe** _____
                                                     UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28