# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN RANGEL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES A. YATES, Warden,<br><br>　　　　Respondent.<br>_____/ | 1:12-CV-00418 AWI BAM HC<br><br>ORDER DISMISSING PETITIONER'S MOTION FOR APPLICATION OF EQUITABLE TOLLING<br>[Doc. #1]<br><br>ORDER DIRECTING PETITIONER TO FILE PETITION<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER BLANK FORMS FOR FILING HABEAS PETITION |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On March 16, 2012, Petitioner sent to the Court a motion and request for application of equitable tolling. Upon receipt, the Clerk of Court opened a new habeas action based on the motion. To this date, however, a petition has not been filed.

　　　　Petitioner asks that the Court grant his request for equitable tolling in order that the issue of timeliness be determined prior to the filing of his federal petition. For numerous reasons, this is not the proper procedure for filing a habeas petition. See generally, Rules Governing Section 2254 Cases. A motion does not commence a habeas case. A habeas case is initiated by a petition. Therefore, the Court will dismiss the motion and direct Petitioner to file a complete federal petition. Following review of the petition, the issue of timeliness will be addressed, and Petitioner may present his reasons for equitable tolling at that time. Petitioner is advised that failure to file a

petition within the allotted time will result in a recommendation that the action be dismissed.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's motion for application of equitable tolling is DISMISSED;

2) Petitioner is GRANTED thirty (30) days from the date of service of this order in which to file a petition for writ of habeas corpus; and

3) The Clerk of Court is DIRECTED to mail Petitioner blank forms for filing a habeas petition.

IT IS SO ORDERED.

Dated:   **April 16, 2012**          /s/ **Barbara A. McAuliffe**
                                UNITED STATES MAGISTRATE JUDGE